# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

FILED

2016 OCT -5 PM 1: 46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 6:16-mj-1560 |
| Javier Raul VAZQUEZ MATOS | ) | |
| | ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the dates of September 2015, and or about October 5, 2016, in the county of Orange, in the Middle District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B) | Knowingly receiving, possessing, and distributing child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

J. STEVEN McELYEA, Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/5/2016

City and state: Orlando, Florida

*Judge's signature*

KARLA R. SPAULDING, U.S. Magistrate Judge

**STATE OF FLORIDA**                    CASE NO. 6:16-mj- 1560

**COUNTY OF ORANGE**

## AFFIDAVIT

I, J. Steven McElyea, being duly sworn, do hereby depose and state as follows:

1. I am currently in my 23rd year of employment with the Seminole County Sheriff's Office where, since July 2005, I have been assigned as a task force agent with the Federal Bureau of Investigation (FBI) Innocent Images Unit in Orlando, Florida. I have been investigating crimes against children from November 1999 to the present.

2. The statements contained in this affidavit are based on my experience and background as a law enforcement officer, including my experience with the FBI.

3. I have received specialized training in the investigation of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in the investigation and prosecution of persons suspected of violating federal child pornography laws, including 18 U.S.C. § 2252A. I have also been involved in investigations involving online solicitation and enticement of a minor to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2422(b).

4. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. This affidavit is submitted in support of a Criminal Complaint against Javier Raul VAZQUEZ MATOS (VAZQUEZ MATOS) for violations of 18 U.S.C. § 2252A. As set forth in more detail below, I believe there is probable cause that between on or about September 2015, and or about October 5, 2016, in Orange County, Florida, VAZQUEZ MATOS downloaded, received, possessed, and distributed child pornography in or affecting interstate or foreign commerce or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from other law enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Criminal Complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

7. 18 U.S.C. § 2252A prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), while using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce.

## PROBABLE CAUSE STATEMENT

8.  On Sunday, February 28, 2016, I used a computer connected to the Internet and the peer to peer (P2P) program RoundUp Ares to conduct an undercover online session to identify individuals sharing child pornography.

9.  Through my investigation, I was able to locate a computer with Internet Protocol (IP) address 72.188.107.238, which was sharing files of suspected child pornography.

10. I also identified IP address 72.188.107.238 as a download candidate for suspected child pornography based on records contained within a law enforcement database. The database compiles suspected IP addresses based upon the suspect's network searches on Ares using particular keywords or SHA-1 values. This IP address was identified as a download candidate for at least 83 files of investigative interest.

11. On February 28, 2016, a Domain Name System check was performed on IP address 72.188.107.238 through the American Registry for Internet Numbers. RoundUp Ares received information that the IP address is registered to Time Warner Cable Internet, LLC (Bright House Networks, LLC).

12. From February 28, 2016, at approximately 11:55 a.m., EST (Eastern Standard Time) through February 29, 2016, at approximately 7:32 a.m., EST, RoundUp Ares successfully completed the download of two full video files and one incomplete video file that the computer at IP address 72.188.107.238 was making available to other users.

13. Based on my training and experience, I have determined that the following video files depict children under the age of 18 years engaged in sexually explicit conduct, and constitute child pornography as defined in 18 U.S.C. § 2256:

| DOWNLOADED FILES | DATE/TIME | CONTRIBUTING IP ADDRESS | DESCRIPTION |
|---|---|---|---|
| !2011 pthc_xxx_realfuck xx..avi | 2/28/2016 11:55 a.m., EST, to 2/29/2016 7:32 a.m., EST | 72.188.107.238 | A movie file depicting an adult male inserting his penis and a phallic device into the vagina of a partially nude prepubescent girl, approximately 8 to 10 years of age. |
| tara xxxx masterbation and penetration.mpg | 2/28/2016 11:55 a.m., EST, to 2/29/2106 7:32 a.m., EST | 72.188.107.238 | A movie file, including a compilation of videos, depicting an adult male inserting his penis into the vagina, and his finger and a phallic device into the anus of a nude prepubescent girl, approximately 8 to 10 years of age, while the child said that it hurt. |
| (pthc) vicky hc new xxxx.mpg | 2/28/2016 11:55 a.m., EST, to 2/29/2106 7:32 a.m., EST | 72.188.107.238 | A movie file depicting two prepubescent girls, approximately 8 to 10 years of age, exposing their genitalia and one of the girls performs oral sex on the other girl. |

4

14. During the investigation, I obtained subscriber information for the user assigned to IP address 72.188.107.238 from February 28, 2016, at 11:55 a.m., EST, through February 29, 2016, at 7:35 a.m., EST. Subscriber records yielded the following information:

    Customer Name:    JAVIER VAZQUEZ

    Customer Address:    xxxx, Orlando, Florida 32825

    Established date:    12/09/2015

    Phone Number:    xxx-xxx-0526

    Deactivation Date:    Account is currently active

15. A search of the Florida's Driver and Vehicle Information Database revealed a Javier Raul VAZQUEZ MATOS, born on xxxx xx, 1982, living in Orlando, Florida 32825.

16. On April 5, 2016, I queried IP address 72.188.107.238 and found that as of April 3, 2016, the Ares user had over 89 unique files, and most of the file names were indicative of child pornography.

17. On June 4, 2016, between 3:14 a.m., EST, and 10:57 a.m., EST, and September 4, 2016, between 2:03 a.m., EST, and 3:51 a.m., EST, I queried IP address 72.188.107.238 through RoundUp Ares. On both occasions, the RoundUp Ares software program successfully completed the download of additional video files solely from IP address 72.188.107.238, which I reviewed. The video files depicted children under the age of 18 years old engaged in sexually explicit conduct and constitute child pornography as defined by federal law.

18. On October 5, 2016, contact was made with VAZQUEZ MATOS at his residence in Orlando, Florida, for the purpose of executing a federal search warrant to search for evidence of violations of 18 U.S.C. § 2252A. During a non-custodial interview, VAZQUEZ MATOS made the following statements: VAZQUEZ MATOS stated he had been downloading and viewing child pornography for approximately one year. VAZQUEZ MATOS views child pornography one to two times a week and sometimes masturbates to the child pornography. VAZQUEZ MATOS used his E-machine laptop to download child pornography using the P2P program Ares. VAZQUEZ MATOS only enjoys viewing child pornography with girls in the videos. VAZQUEZ MATOS first saw child pornography approximately one year ago and was shocked, but then became curious. VAZQUEZ MATOS uses the search term "PTHC" (which stands for pre-teen hard core) when searching for child pornography to download on Ares. VAZQUEZ MATOS estimated that he has seen over 100 videos of child pornography. VAZQUEZ MATOS stated that he doesn't feel bad looking at the videos while masturbating, because he tries to imagine the children as adults. VAZQUEZ MATOS will not masturbate to videos of boys. VAZQUEZ MATOS knows it is immoral and bad to look at child pornography but did not believe it is illegal. VAZQUEZ MATOS last viewed child pornography approximately one week ago.

19. A forensic preview of VAZQUEZ MATOS' E-machine laptop shows over 600 video files with titles indicative of child pornography located in the Ares

download folder. The creation dates of the video files span from September 2015, to September 2016.

20.   Your affiant has viewed at least 10 of the video files from the forensic preview and based on my training and experience, I have determined that the following video files depict children under the age of 18 years engaged in sexually explicit conduct, and constitute child pornography as defined in 18 U.S.C. § 2256. Below is a description of 3 of the videos viewed by your affiant:

| DOWNLOADED FILES | CREATION DATE | DESCRIPTION |
|---|---|---|
| ! new ! (pthc) xxx 8yr - xxx gets molested by a clown(2) | 9/06/2015 | A movie file depicting a prepubescent female approximately 8 years old being digitally penetrated, forced to engage in oral sex, and vaginally raped by an adult male in a clown mask. The child is heard a crying and moaning in pain throughout the video |
| !!!!!!!!!!!!!!!!!!!!!!!!!new xxx!!! (pthc 2010) | 9/06/2015 | A movie file depicting a prepubescent female being forced to perform oral sex and being vaginally raped by an adult male |
| pthc - hmm xxx series - xxx 9 set 09 video 2010 - 4m41s(2)(2) | 9/06/2015 | A movie file depicting a female approximately 9 years old being forced to perform oral sex on an adult male |

7

## CONCLUSION

21. Based on the above, there is probable cause that between in or about September 2015, through October 5, 2016, in Orange County, in the Middle District of Florida, Javier Raul VAZQUEZ MATOS knowingly distributed, received, and possessed child pornography, all in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

J. Steven McElyea
Task Force Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 5th day of October, 2016.

KARLA R. SPAULDING
United States Magistrate Judge